# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 10-M- 2086 |
| JASON WATSON | ) |
| Defendant | ) |

*FILED MAY 24 2010 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about the date of __January 1, 2009 and on or about March 15, 2009,__ in the county of __Erie__ in the Western District of New York, and elsewhere, the defendant violated __18__ U.S.C. §§ __2423(b) and 2422(b)__, offenses described as follows:

knowingly traveling in interstate commerce for the purpose of engaging in sexually explicit conduct with an individual who has not attained the age of 18, and using the mail and other interstate facilities to persuade, induce, entice and coerce an individual who has not attained the age of 18 to engage in sexually explicit conduct.

This criminal complaint is based on these facts:

☒ **XX** Continued on the attached sheet.

*Complainant's signature*

ERIC R. MARBURGER
Special Agent, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 24, 2010

*Judge's signature*

HONORABLE HUGH B. SCOTT
United States Magistrate Judge
*Printed name and title*

City and State: Buffalo, New York

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

STATE OF NEW YORK    )
COUNTY OF ERIE       )   SS:
CITY OF BUFFALO      )


I, **Eric R. Marburger**, being duly sworn, deposes and says:


1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since December, 1997. I am currently assigned to the Buffalo Field Office Innocent Images National Initiative, which targets individuals involved in the on-line sexual exploitation of children. As part of these duties, I have become involved in the investigation of suspected violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423.


2. I make this affidavit in support of a criminal complaint charging **JASON WATSON** with violating Title 18, United States Code, Sections 2423(b) and 2422(b). The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers involved in this investigation, and upon my training and experience as a Special Agent of the FBI. Because this affidavit is being submitted for the limited purpose of seeking a criminal

complaint, I have not included each and every fact known to me concerning this investigation.

3. Title 18, United States Code, Section 2423(b) makes it a federal crime to travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person. Title 18, United States Code, Section 2422(b) makes it a federal crime to use the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuade, induce, entice or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.

4. In January, 2009, **JASON WATSON** began a long distance relationship with a Fifteen year old, Minor Female Victim (hereinafter referred to as MFV), via telephone, text messaging, e-mail and mail. WATSON initially met MFV in late, 2008, when she was dating WATSON's teenage son, who resides in Western New York.

5. Between January, 2009 and March, 2009, WATSON and MFV talked or exchanged text messages almost every day. During the course of these exchanges, WATSON told MFV that she was beautiful

and that he loved her. Some of the text messages WATSON sent to MFV were sexually graphic. For example, in some instances WATSON told MFV that he "wanted to be inside her." WATSON and MFV also talked and texted about having sexual intercourse.

6. During the course of this relationship, WATSON sent MFV gifts and asked her to send him pictures of herself. Several of the pictures WATSON received were of MFV wearing lingerie and some pictured MFV naked. After receiving such photos, WATSON continued to ask MFV to send him photos of herself, in hopes that she would send him additional naked pictures.

7. On Friday, March 13, 2009, WATSON flew from Chicago, Illinois to Buffalo, New York. Once in Buffalo WATSON rented a vehicle and drove to his son's High School in Hamburg, New York. WATSON met with his son's guidance counselor and then, after school, picked up MFV from the vicinity of her high school and drove her to the Hilton Garden Inn, a hotel near the Buffalo-Niagara International Airport.

8. WATSON spent Friday night (March 13, 2009), Saturday and Saturday night (March 14, 2009) with MFV, during which time he took her shopping, out to eat and provided her with vodka. During the course of those two days, Watson and MFV engaged in

3

oral sex and vaginal sexual intercourse. On Sunday, March 15, 2009 WATSON checked out of the hotel and drove MFV to her parents' house in Western New York.

9. On April 28, 2010, WATSON was interviewed by SA Linda Engstrom of the FBI. During this conversation, WATSON admitted to traveling to Western New York in March, 2009, and to engaging in oral sex and vaginal sexual intercourse with MFV. WATSON also admitted to corresponding with MFV between January, 2009, and March, 2009, through phone, text message, e-mail, and mail, and that he received nude and semi-nude photographs of MFV during that time, and encouraged her to send additional photographs to him.

10. Based on the above information, there is probable cause to believe that JASON WATSON knowingly traveled in interstate commerce for the purpose of engaging in sexually explicit conduct, that sexually explicit conduct being oral and vaginal sexual intercourse, with an individual who had not attained the age of 18, in violation of Title 18, United States Code, Section 2423(b). Additionally, there is probable cause to believe that WATSON used the mail and other interstate facillities to persuade, induce, entice and coerce an individual who had not

attained the age of 18 to engage in sexually explicit conduct, in violation of Title 18, United States Code, Section 2422(b).

x_____
Eric R. Marburger
Special Agent
Federal Bureau of Investigation

Sworn to before me this
24th day of May, 2010

_____
Hugh B. Scott
United State Magistrate Judge

5