## IN THE DISTRICT COURT OF THE UNITED STATES
### for the Western District of New York

April 2010 GRAND JURY
(Impaneled 4/30/10)

**THE UNITED STATES OF AMERICA**

-*vs*-

**JASON HIRAM WATSON**

**INDICTMENT**

**10-CR-283**

Violations:
Title 18, United States Code,
Sections 2422(b) and 2423(b)
(2 Counts)

### COUNT 1

**The Grand Jury Charges That:**

Beginning on or about January 1, 2009, and continuing through on or about March 16, 2009, the exact dates being unknown, in the Western District of New York, and elsewhere, the defendant, **JASON HIRAM WATSON**, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of 18 years, that is, Minor 1, a person known to the Grand Jury, to engage in sexual activity for which a person can be charged with a criminal offense under the laws of the State of New York.

**All in violation of Title 18, United States Code, Section 2422(b).**

## COUNT 2

**The Grand Jury Further Charges That**:

Beginning on or about March 13, 2009, and continuing through on or about March 16, 2009, in the Western District of New York, and elsewhere, the defendant, **JASON HIRAM WATSON**, did travel in interstate commerce for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with a person under the age of 18 years old, that is, Minor 1, a person known to the Grand Jury.

**All in violation of Title 18, United States Code, Section 2423(b).**

DATED: Buffalo, New York, November 23, 2010.

                      WILLIAM J. HOCHUL, JR.
                      United States Attorney


            BY: S/MICHAEL DiGIACOMO
                  MICHAEL DiGIACOMO
                  Assistant United States Attorney
                  United States Attorney's Office
                  Western District of New York
                  138 Delaware Avenue
                  Buffalo, New York 14202
                  (716) 843-5700, Ext. 885
                  MDiGiacomo@usa.doj.gov

A TRUE BILL:


S/FOREPERSON
FOREPERSON