IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                          10-CR-283

JASON HIRAM WATSON,

           Defendant.

## STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS AND MOTION PURSUANT TO U.S.S.G. §3E1.1(b)

**PLEASE TAKE NOTICE**, that the government hereby adopts all findings of the Pre-sentence Report with respect to sentencing factors in this action.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

The defendant is required by 18 U.S.C. §3013 to pay the sum of $100 at the time of sentencing.

The Court must order restitution for the full amount of the victims' compensable losses.

In the event present counsel for the defendant will continue to represent the defendant after sentencing in regard to the collection of unpaid financial obligation(s), it is requested that a letter so advising be sent to:

>     Asset Forfeiture/Financial Litigation Unit
>     U.S. Attorney's Office--WDNY
>     138 Delaware Avenue
>     Buffalo, New York 14202

If a letter is not received within 10 days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

Upon the ground that the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently, the government hereby moves

the Court to apply the additional one (1) level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. §3E1.1(b).

DATED:   Buffalo, New York, July 11, 2011.

                                    Respectfully submitted,

                                    WILLIAM J. HOCHUL, Jr.
                                    United States Attorney

                                    *S/  MICHAEL DiGIACOMO*
                           BY:      _____
                                    MICHAEL DiGIACOMO
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    Western District of New York
                                    138 Delaware Avenue
                                    Buffalo, New York 14202
                                    (716) 843-5700, ext. 885
                                    Michael.DiGiacomo@usdoj.gov


TO:  Kevin Scott Mahoney, Esq.

     United States Probation Department
       Attn:   Kathleen A. Horvatits
               Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                      10-CR-283

JASON HIRAM WATSON,

        Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, I electronically filed the foregoing **STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS AND MOTION PURSUANT TO U.S.S.G. §3E1.1(b)** with the Clerk of the District Court using its CM-ECF system, which would then electronically notify the following CM/ECF participant on this case:

    Kevin Scott Mahoney, Esq.

I further certify that the foregoing was provided to the following participant on this case via inter office mail:

    United States Probation Department
      Attn:   Kathleen A. Horvatits
              Probation Officer

                          ***S/ KATHLEEN M. RIEMAN***

                          KATHLEEN M. RIEMAN