UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

  -vs-                                  **STATEMENT OF THE
DEFENDANT WITH RESPECT TO
SENTENCING FACTORS**

JASON WATSON,                            **Case No.: 1:10-cr-00283-RJA-HBS**

                         Defendant.
_____

      PLEASE TAKE NOTICE that the defense hereby accepts the findings of the pre-sentence report with respect to sentencing factors in this action, having had a full opportunity to review the same in advance.

      The Defendant respectfully requests the Court to grant the Government's Motion to apply the one (1) level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. §3E1.1(b).

DATED:      July 15, 2011

                                  Respectfully submitted,

                                  s/*Kevin S. Mahoney*
                                KEVIN S. MAHONEY, ESQ.
                                HoganWillig
                                *Attorney for Defendant*
                                2410 North Forest Road, suite 301
                                Getzville, New York 14068
                                Phone: (716) 636-7600
                                kmahoney@hoganwillig.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**UNITED STATES OF AMERICA,**

v.                                                                  **Case #:  1:10-cr-00283-RJA-HBS**

**JASON WATSON,**

                                    Defendant.
_____

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2011, I electronically filed the Statement of the Defendant with Respect to Sentencing Factors with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant on this case:

              Michael DiGiacomo
              Assistant U.S. Attorney
              UNITED STATES ATTORNEY'S OFFICE
              138 Delaware Avenue
              Buffalo, NY  14202

I hereby further certify that on July 15, I mailed a copy of the Notice of Motion and Attorney Affirmation by United States Postal Service to the following non CM/ECF participants:

              U.S. Department of Probation & Parole
              68 Court Street, Room 234
              Buffalo, NY  14202

              Jason Watson
              c/o Allegany County Jail
              4884 State Route 19
              Belmont, NY 14813

              *s/Kevin S. Mahoney*
              KEVIN S. MAHONEY, ESQ.
              HOGANWILLIG
              *Attorney for Defendant*
              2410 North Forest Road, Suite 301
              Getzville, NY  14068
              Phone:  (716) 636-7600
              e-mail:  kmahoney@hoganwillig.com

**HOGANWILLIG**
**Attorneys at Law**
**2410 NORTH FOREST ROAD | SUITE 301 |  AMHERST, NEW YORK 14068**
**Phone: 716.636.7600    Toll Free: 800.636.5255   Fax: 716.636.7606   www.hoganwillig.com**

2