PROB 12B
(12/98)

# United States District Court

### For

## The Western District of New York

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Jason Watson      **Case Number:** 1:10CR00283-001

**Name of Sentencing Judicial Officer:** Honorable Richard J. Arcara, Senior U.S. District Judge

**Date of Original Sentence:** August 1, 2011

**Original Offense:** Interstate Travel with Intent to Engage in Illicit Sexual Contact, in violation of Title 18 U.S.C. § 2423(b)

**Original Sentence:** Custody of the Bureau of Prisons for eighty-five (85) months with ten (10) years supervised release to follow. $100 SPA imposed.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 7/28/16

## PETITIONING THE COURT

☐      To extend the term of supervision for  years, for a total term of  years.

☒      To modify the conditions of supervision as follows:

The defendant shall submit to polygraph, computerized voice stress analyzer or other such testing, not to exceed twice in a calendar year, and an additional two re-tests per year, as needed. That testing may include examinations using a polygraph, computerized voice stress analyzer, or other similar device to obtain information necessary for supervision, case monitoring, and treatment. The defendant shall answer the questions posed during the examination, subject to the defendant's right to challenge in a court of law the use of such statements as violations of the defendant's Fifth Amendment rights. In this regard, the defendant shall be deemed not to have waived the defendant's Fifth Amendment rights by making any such statements. The results of any polygraph pre-tests and polygraph examinations may be disclosed to the US Probation office, the treatment agency if engaged in treatment, and the Court, but shall not be further disclosed without a court order. The defendant is required to contribute to the cost of services rendered.

The defendant shall comply with the conditions of the Location Monitoring Program (curfew component) for a period of  three (3) months. This curfew shall be from 7 p.m. to 5:45 a.m. on work days, lockdown on non-work days, or as adjusted by the U.S. Probation Office to be less restrictive for employment, counseling, emergencies, or other acceptable reasons. The defendant shall wear (an) electronic monitoring device(s) and shall follow the monitoring procedures as outlined in Probation Form 61. The defendant is required to contribute to the cost of services rendered (co-payment).

RE:   JASON WATSON
      1:10CR00283-001
      Page 2 of 2

## CAUSE

On September 19, 2018, the defendant called the probation officer to admit that he had been around 2 female children without permission while taking his girlfriend out to jet-ski. The probation officer contacted the defendant's now ex-girlfriend, who confirmed that the defendant was around the 2 children, but did not interact with them, and was never alone with them. Both the defendant and his ex-girlfriend describe the situation as unintentional, but both also admit that the defendant did not remove himself from the situation.

The addition of truth verification will assist the offender by adding an additional layer of accountability. The addition of electronic monitoring will provide the defendant with structure, while allowing him to maintain his employment.

This course of action has been discussed with the defendant, and he is in agreement, as evidenced by his signature on the attached waiver.

Reviewed by:                                      Respectfully submitted,

                                            by
Richard H. Galmarini                              Gavin M. Lorenz
Supervising U.S. Probation Officer                Intensive Supervision Specialist
                                                  Date:  September 24, 2018

THE COURT ORDERS:

☐   No Action
☐   The Extension of Supervision as Noted Above
☒   The Modification of Conditions as Noted Above
☐   Other

Signature of Judicial Officer

Oct. 1, 2018
Date

PROB 49
(Revised 11/98)

# United States District Court
## Western District of New York

**Jason Watson      Docket No.  1:10CR00283-001**

## Waiver of Hearing to Modify Conditions
## Of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.  I further understand that all previously imposed conditions will remain in effect.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall submit to polygraph, computerized voice stress analyzer or other such testing, not to exceed twice in a calendar year, and an additional two re-tests per year, as needed.  That testing may include examinations using a polygraph, computerized voice stress analyzer, or other similar device to obtain information necessary for supervision, case monitoring, and treatment.  The defendant shall answer the questions posed during the examination, subject to the defendant's right to challenge in a court of law the use of such statements as violations of the defendant's Fifth Amendment rights.   In this regard, the defendant shall be deemed not to have waived the defendant's Fifth Amendment rights by making any such statements.  The results of any polygraph pre-tests and polygraph examinations may be disclosed to the US Probation office, the treatment agency if engaged in treatment, and the Court, but shall not be further disclosed without a court order.  The defendant is required to contribute to the cost of services rendered.

The defendant shall comply with the conditions of the Location Monitoring Program (curfew component) for a period of three (3) months. This curfew shall be from 7:00 p.m. to 5:45 a.m. on work days, lockdown on non-work days, or as adjusted by the U.S. Probation Office to be less restrictive for employment, counseling, emergencies, or other acceptable reasons.  The defendant shall wear (an) electronic monitoring device(s) and shall follow the monitoring procedures as outlined in Probation Form 61. The defendant is required to contribute to the cost of services rendered (co-payment).

Witness: _____
Gavin M. Lorenz
U.S. Probation Officer Specialist

Signed _____
Jason Watson
Supervised Releasee

_____
09-28-18
Date